**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on November 1, 2013**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **BABATUNDE OPELOYERU,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 111(a)(1) and (b)** |
| **Defendant.** | : | **(Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers or Employees)** |

**I N D I C T M E N T**

The Grand jury charges that:

**COUNT ONE**

On or about December 8, 2014, within the District of Columbia, **BABATUNDE OPELOYERU**, did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, interfere and inflict bodily injury to Deputy United States Marshal Donrien K. Stephens, a person designated in section 1114 of Title 18, United States Code, while Deputy United States Marshal Donrien K. Stephens was engaged in and on account of the performance of Deputy United States Marshal Donrien K. Stephens' official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT TWO

On or about December 8, 2014, within the District of Columbia, **BABATUNDE OPELOYERU**, did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, interfere and inflict bodily injury to Deputy United States Marshal John Palmer, a person designated in section 1114 of Title 18, United States Code, while Deputy United States Marshal John Palmer was engaged in and on account of the performance of Deputy United States Marshal John Palmer's official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.